Rev. 5/2024 Prisoner Complaint

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. _____

(To be filled out by Clerk's Office only)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 5 2025

JEFFREY P. COLWELL
CLERK

Christopher Lee Silver
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 59116-056

-against-

FBOP
USP FLORENCE HIGH ADMINISTRATION

WARDEN STARR , Capt. of Institution

OFFICER JACK , COUNSELOR WILKERSON

Dr. Paragya, Ofc. Bravo, SFS Thorne, Ofc. Engerbreston
*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Rev. 5/2024 Prisoner Complaint

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Christopher Lee Silver
Name

59116-056
Prisoner ID #

UNITED STATES PENINTENTIARY ATWATER
Place of Detention

PO BOX 019001
Institutional Address

ATWATER          CALIFORNIA          95301
City                         State                         Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐  Pretrial detainee    ☐ State    ☑ Federal
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced state prisoner
☑  Convicted and sentenced federal prisoner

Rev. 5/2024 Prisoner Complaint

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    WARDEN STARR
Name

WARDEN OF USP FLORENCE
Current Job Title

PO BOX 7000
Current Work Address

FLORENCE          COLORADO          81226
City                        State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:    OFFICER JACK
Name

D/A UNIT OFFICER
Current Job Title

P.O BOX 7000
Current Work Address

FLORENCE          COLORADO          81226
City                        State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Rev. 5/2024 Prisoner Complaint

## Defendant(s) Continued

Defendant 3: DR. PORGOYA
Name

Psychologist
Current Job Title

PO BOX 7000
Current Work Address

FLORENCE          COLORADO          81226
City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: OFFICER BRAVO
Name

SECRETARY UNIT D/A
Current Job Title

PO BOX 7000
Current Work Address

FLORENCE          COLORADO          81226
City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Rev. 5/2024 Prisoner Complaint

**Defendant(s) Continued**

Defendant No. 5    OFFICER THORNE
Name

Special Investigative Services (SIS)
Current Job Title

PO BOX 7000
Current Work Address

FLORENCE        COLORADO        81226
City             State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant No. 6    Captain of USP FLORENCE
Name

Captain
Current Job Title

PO BOX 7000
Current Work Address

FLORENCE        COLORADO        81226
City             State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Rev. 5/2024 Prisoner Complaint

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: USP FLORENCE , D/A UNIT , CELL #217

Date(s) of occurrence: 2-12-2024, 2-13-2024, 2-14-2024, 2-15-2024

State which of your federal constitutional or federal statutory rights have been violated:

My safety was placed in danger due to negligence of duty from these individuals and I was seriously injured due to that

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

My celly NIFFEES INGRAM STABBED ME SEVERAL times with a knife in my back and legs by a weapon all the officers who conducted the shakedown did not take off his body b/c they failed to body scan him with the rest of the institution. OFFICER JACK, D/A UNIT officer then failed to conduct rounds properly which resulted in me laying on the floor restrained and bleeding for almost 12 hrs with no medical help. Officer Bravo and others in Administration conducted the shakedown and failed to get the weapon used due to negligence. I was hospitalized and required stitches and has been Psychologically traumatized to the severity of the situation. I also was sexually assaulted. PREA was filed but clothing was never checked for DNA.

Page 5 of 10

Rev. 5/2024 Prisoner Complaint

**What happened to you?**

I was stabbed in the back and shoulders, and legs over 14 times. I was hogtied for 12 hrs and sexually assaulted. Other inmates came to my cell window to witness the assault and nobody notified UNIT officers.

**When did it happen to you?**

I started at 9:00 am on Valentines Day 2024 and continued until 7:30 pm. Code for unresponsive inmate was hit around 10:00 pm count.

**Where did it happen to you?**

Cell # 217

UNIT D-A

UNITED STATES PENINTENTIARY FLORENCE

PO BOX 7000

FLORENCE, COLORADO 81226

Rev. 5/2024 Prisoner Complaint

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☑ Yes    ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?    ☑ Yes    ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want all parties involved to be relieved of duty. I want prosecution done to NIEFEES INGRAM. I want re-imbustment for all property lost and destroyed. I want finacial compensation for my physical, mental damages as well as for humiliation and traumatization done.

_____

Rev. 5/2024 Prisoner Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☐ Yes     ☒ No

If yes, how many?     _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev. 5/2024 Prisoner Complaint

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

1-15-2024
Dated

Plaintiff's Signature

Christopher Silver
Printed Name

59116 - 056
Prison Identification #

USP FLORENCE          FLORENCE          COLORADO    81226
Prison Address          City          State    Zip Code

Rev. 5/2024 Prisoner Complaint

| What was your injury? | I was stabbed with a steel knife in the back, shoulders, and legs. Stitches were done at hospital and emotional and psychological damage was done due to the assault and sexual content. |



Christopher Silver #94116-056
UNITED STATES PENINTENTIARY ATWATER
PO BOX 019001
ATWATER, CA 95301

US DISTRICT COURT
212 N. WAHSATCH AVENUE
COLORADO SPRINGS, CO 80903

Rec'D
3/3/2[?]

Scanned by
US Marshal

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

$2.31
US POSTAGE IMI
FIRST-CLASS
063S0010282452
FROM 80903

**Office of the Clerk**
**United States District Court**
**901 19th Street, Room A105**
**Denver, CO 80294-3589**
**Attn: Andrea Garcia-Gallegos**

